IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**TEREZ BROWNING,**

**Defendant.**                                                            No. 09-30168-DRH

ORDER

**HERNDON, Chief Judge:**

This matter was referred to United States Magistrate Judge Donald J. Wilkerson for the specific purpose of conducting a change of plea for Defendant Browning, pursuant to **28 U.S.C. § 636, LOCAL RULE 72.1(b)(2)** and Defendant Browning's consent (Doc. 43). Pursuant to **FEDERAL RULE OF CRIMINAL PROCEDURE 11**, the change of plea hearing was held on February 23, 2010 (Doc. 42). During the change of plea, Defendant Browning pleaded guilty to Count 1 of the Superseding Indictment, conspiracy to distribute and possess with intent to distribute marijuana, following a thorough colloquy with Judge Wilkerson. Thereafter, Judge Wilkerson issued a Report and Recommendation ("the Report") recommending that the Court accept Defendant Browning's plea of guilty (Doc. 44).

In accordance with **28 U.S.C. § 636(b)(1)(B)**, the parties were allowed fourteen days to file written objections. As of this date, neither party has filed an objection. Therefore, the Court **ADOPTS** the Report in its entirety. Thus, it is the

finding of the Court in the case of *United States v. Terez Browning*, that Defendant Browning was fully competent and capable of entering an informed plea, that Defendant Browning was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. Accordingly, the Court **ACCEPTS** the guilty plea and **ADJUDGES** Terez Browning **GUILTY** on Count 1 of the Superseding Indictment. The Court **REMINDS** the parties that this matter for sentencing on June 4, 2010 at 9:00 a.m.

**IT IS SO ORDERED.**

Signed this 22nd day of March, 2010.

/s/  DavidRHerndon
**Chief Judge**
**United States District Court**