**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                             **Case No. 09-CR-30168-DRH**

**TEREZ BROWNING,**

          **Defendant.**

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS (FINAL ORDER OF FORFEITURE)

On October 13, 2010, this Court entered an order for forfeiture against defendant Terez Browning for the following property which had been seized from said defendant:

    **1.**    **$5,090.00 in United States currency seized from Terez Browning on June 23, 2009;**

    **2.**    **$603.00 in United States currency seized from Terez Browning on June 23, 2009;**    **and**

    **3.**    **$51,967.14 in funds seized from the Bank of America Checking Account Number**        **XXXXXXXX1274 in the name of Terez Browning.**

Said order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official

government website, www.forfeiture.gov, for 30 consecutive days beginning October 22, 2010, and ending November 20, 2010, and that no third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on October 13, 2010, namely:

**1.      $5,090.00 in United States currency seized from Terez Browning on June        23, 2009;**

**2.      $603.00 in United States currency seized from Terez Browning on June        23, 2009; and**

**3.      $51,967.14 in funds seized from the Bank of America Checking Account        Number XXXXXXXX1274 in the name of Terez Browning.**

The United States Marshal shall dispose of the property according to law.

**DATE: January 18, 2011**

David R. Herndon
2011.01.18
15:59:11 -06'00'

**Chief Judge
United States District Court**

2