IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

United States of America,

        Plaintiff,        Case No. 3:09CR30168-001-DRH

    v.

Terez Browning,

        Defendant,
=====================================
US Bank,

        Garnishee.

### ORDER

Upon motion of the United States of America, (Doc 91), pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby

**ORDERED** the Garnishment in this cause be and the same is hereby **DISMISSED**.

DATED: February 10, 2011

David R. Herndon
2011.02.10 09:59:17
-06'00'

Chief Judge
United States District Court